UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

STEPHEN F. LEVINSON, M.D.,

                Plaintiff,

    -against-

SELECT MEDICAL CORPORATION LIFE AND
DISABILITY INSURANCE PLAN et al.,

                Defendants.

------------------------------------ x

ORDER

20 Civ. 1117 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have resolved this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

The conference scheduled for October 14, 2020 is canceled.

Dated: New York, New York
       October 13 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge